UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY CENTER LAW GROUP
P.L.L.C. ET AL,

       Plaintiff,

v.

JASON BAAS, ET AL,

       Defendant(s).

_____ /

Case No. 25-11960
Honorable Gershwin A. Drain
Magistrate Judge David R. Grand

### NOTICE OF SETTLEMENT CONFERENCE

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Wednesday, April 7, 2027 at 9:30 a.m.** before U.S. Magistrate Judge David R. Grand , at the United States Federal Courthouse, 200 East Liberty Street, Chambers 100, Ann Arbor, MI 48104. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Wednesday, March 31, 2027, at 4:30 p.m.** Each party's confidential statement should be emailed directly to Chambers at efile_grand@mied.uscourts.gov and *is not to be filed with the Court or placed on the docket.*

Dated:  July 14, 2026

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 14, 2026, by electronic and/or ordinary mail.

s/Eddrey O. Butts
Case Manager, (734) 741-2484